UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James and Lorie Jensen, as parents, guardians and next friends of Bradley J. Jensen; James Brinker and Darren Allen, as parents, guardians and next friends of Thomas M. Allbrink; Elizabeth Jacobs, as parent, guardian and next friend of Jason R. Jacobs; and others similarly situated, | Civil No. 09-1775 (DWF/FLN) |
| Plaintiffs, | |
| v. | **ORDER** |
| Minnesota Department of Human Services, an agency of the State of Minnesota; Director, Minnesota Extended Treatment Options, a program of the Minnesota Department of Human Services, an agency of the State of Minnesota; Clinical Director, the Minnesota Extended Treatment Options, a program of the Minnesota Department of Human Services, an agency of the State of Minnesota; Douglas Bratvold, individually, and as Director of the Minnesota Extended Treatment Options, a program of the Minnesota Department of Human Services, an agency of the State of Minnesota; Scott TenNapel, individually and as Clinical Director of the Minnesota Extended Treatment Options, a program of the Minnesota Department of Human Services, an agency of the State of Minnesota; and State of Minnesota, | |
| Defendants. | |

Margaret Ann Santos, Esq., Mark R. Azman, Esq., and Shamus P. O'Meara, Esq., O'Meara Leer Wagner & Kohl, PA, counsel for Plaintiffs.

P. Kenneth Kohnstamm and Steven H. Alpert, Assistant Attorneys General, Minnesota Attorney General's Office, counsel for State Defendants.

Samuel D. Orbovich, Esq., and Christopher A. Stafford, Esq., Fredrikson & Byron, PA, counsel for Defendant Scott TenNapel.

The Court has received and independently reviewed the attached invoice of the Independent Consultant and Monitor.

Based upon the submissions of David Ferleger and the Court having reviewed the status of the file in the context of its procedural history, and being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Consistent with the Court's original order of August 7, 2012, the Clerk of District Court shall issue a check to David Ferleger in the amount of $15,630.62 drawn on this litigation's Registry account.

2. The Department of Human Services ("DHS") shall issue a check to David Ferleger in the amount of $3,438.96 which represents the difference between the time and expense billed by Mr. Ferleger of $19,069.58 and the remainder of the $50,000-- $15,630.62.

Dated: January 9, 2013         s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge