UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James and Lorie Jensen, as parents, guardians, and next friends of Bradley J. Jensen; James Brinker and Darren Allen, as parents, guardians, and next friends of Thomas M. Allbrink; Elizabeth Jacobs, as parent, guardian, and next friend of Jason R. Jacobs; and others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>Minnesota Department of Human Services, an agency of the State of Minnesota; Director, Minnesota Extended Treatment Options, a program of the Minnesota Department of Human Services, an agency of the State of Minnesota; Clinical Director, the Minnesota Extended Treatment Options, a program of the Minnesota Department of Human Services, an agency of the State of Minnesota; Douglas Bratvold, individually and as Director of the Minnesota Extended Treatment Options, a program of the Minnesota Department of Human Services, an agency of the State of Minnesota; Scott TenNapel, individually and as Clinical Director of the Minnesota Extended Treatment Options, a program of the Minnesota Department of Human Services, an agency of the State of Minnesota; and the State of Minnesota,<br><br>                Defendants. | Civil No. 09-1775 (DWF/FLN)<br><br><br><br><br><br><br><br>**ORDER** |

This matter is before the Court on Defendants' Motion to Amend the

Comprehensive Plan of Action.  (Doc. No. 317.)  In their motion, Defendants request that

the Court provide an extension of time from June 30, 2014 to August 30, 2014 to

complete the transition of D.P. to a permanent home pursuant to Evaluation Criteria 95. (*See id.*)

On June 27, 2014, the Court took Defendants' motion under advisement and ordered Defendants to report to the Court Monitor on the progress of D.P.'s transition. (Doc. No. 323.)  Recently, both Defendants and the Court Monitor have reported to the Court that D.P. has transitioned from MSHS-Cambridge to a new home.  Therefore, in light of the above, the motion is moot and the Court hereby enters the following:

### ORDER

1.     Defendants' Motion to Amend the Comprehensive Plan of Action (Doc. No. [317]) is **DENIED AS MOOT**.

2.      Defendants shall continue to report to the Court Monitor on a regular basis regarding D.P.'s living situation.

Date:  January 13, 2015          s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge